UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

FRED COON, PEARL COON, KAREN STRECKER,
SCOTT MATHER, CONNIE MATHER,
KENNETH KEPPEL, and KAREN KEPPEL,

                              Plaintiffs,        **ORDER**

    v.

                                                 Civil Action No.
WILLET DAIRY, LP, WILLET DAIRY, LLC,        02-CV-1195 FJS(GJD)
WILLET DAIRY, INC., DENNIS ELDRED, and
SCOTT ELDRED,

                              Defendants.

---

Counsel for all parties having appeared in a phone conference with the Court on June 23, 2005, and the Court having considered the positions of counsel for the parties on various discovery disputes,

**IT IS ORDERED** that:

1. Plaintiffs will issue a subpoena to Agricultural Consulting Services, Inc. (ACS), directing ACS to produce the electronic data plaintiffs requested in their letter of June 6, 2005 to defendants (June 6 letter), together with the software necessary to record, analyze and report such data, returnable at an in-person hearing Friday, July 15, 2005, at 10:30 a.m.

2. Plaintiffs will supply defendants with the videotape referenced in item 3 of the June 6 letter within ten days of this Order.

3. Defendants will supply plaintiffs with the documents requested in items 2, 4, 5, and 6 of the June 6 letter.

4. Defendants will answer the interrogatory referenced in item 7 of the June 6 letter.

DATED: 6/30/05
Syracuse, NY

                                                       Hon. Gustave J. DiBianco
                                                       U.S. Magistrate Judge