# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**FRED COON; KAREN STRECKER; SCOTT MATHER; CONNIE MATHER; KENNETH KEPPEL; KAREN KEPPEL; DALE MANGAN AND FRED COON,** *on behalf of his deceased wife*, **Pearl Coon,**

      **Plaintiffs,**　　　　　Case Number:
    V.　　　　　　　　　　　　5:02cv1195 (FJS/GJD)

**WILLET DAIRY, LP; WILLET DAIRY, LLC; WILLET DAIRY, INC.; DENNIS ELDRED and SCOTT ELDRED,**

      **Defendants.**

  **[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED,** that Defendants' motion for summary judgment is **GRANTED** with regard to Plaintiffs' Clean Water Act, Resource Conservation and Recovery Act, Rivers and Harbors Act, and N.Y. Environmental Conservation Law claims, as well as Plaintiffs' request for a declaratory judgment; and it is further

  **ORDERED,** that Plaintiffs' remaining state-law claims for negligence, trespass, and public and private nuisance are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367; and it is further

  **ORDERED** that Plaintiffs' cross-motion for partial summary judgment is **DENIED;** and it is further

  **ORDERED** that Defendants' motion to preclude Plaintiffs' experts is **DENIED AS MOOT.**

  All of the above pursuant to the order of the Honorable Chief Judge Frederick J. Scullin, Jr., dated the 17th day of July 2007.

Dated: July 18, 2007　　　　　　　　　*LAWRENCE K. BAERMAN,*
　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*


　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MARIE N. MARRA, DEPUTY CLERK**

Case 5:02-cv-01195-FJS-GJD   Document 130   Filed 07/18/07   Page 2 of 2